IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JESSICA SCHEIDT,

    Plaintiff,

    v.                                     No. 1:23-cv-00346-DHU-KK

MHM HEALTH PROFESSIONALS, LLC.,
d/b/a CENTURION PROFESSIONALS,

    Defendant.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order Granting Motion to Remand and Denying Plaintiffs' Request for Attorney's Fees filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that this case is **DISMISSED** with prejudice.

_____
HON. DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE